usbankruptcycourts@noticingcenter.com            2/18/2021 12:20 PM

# U.S. Bankruptcy Court, Western District of Pennsylvania - Undeliverable Notice, In re: John Roberto Cordova, Case Number: 20-22841, TPA, Ref: [p-160987533]

To colecchia542@comcast.net

---

<u>Notice of Undeliverable Mail to Debtor/Debtor's Attorney</u>

February 19, 2021

From: United States Bankruptcy Court, Western District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: John Roberto Cordova, Case Number 20-22841, TPA

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

2<br>
U.S. Bankruptcy Court<br>
5414 U.S. Steel Tower<br>
600 Grant Street<br>
Pittsburgh, PA 15219

RECEIVED 2021 MAR -2 P 2:45 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

---

Undeliverable Address:
RoundPoint Mortgage Servicing Corporation

Role type/cr id: cr
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

446 Wrenplace Road
Ft. Mill, SC 29715



Signature of Debtor or Debtor's Attorney        FEB 24, 2021
                                                   Date

The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.